Jecarra T. Lane
TDCJ-CID NO. 1672688
Petitioner,

vs.
Lorie Davis, Director,
Texas Department of Criminal
Justice, Correctional Institutions
Division,
Respondent

Civil Action No. 4;17-CV-2491

United States Courts
Southern District of Texas
FILED
JUL 06 2018
David J. Bradley, Clerk of Court

Ju;y 2, 2018

Dear Honorable Court of the Southeren District of Texas Houston, Division.
Comes now Jecarra T. Lane # 1672688 Cause No. 4:17-CV-2491 Just checking to
see if a descisn has bwen made or a judgement has been entered in the above
civil NUmber. The reason for the letter is beccause in a few cases when res-
ponsis have been mailed to the unit some inmates have not recived there legal
mail in a timly matter so i'm trying to avoid the problem.

Respectfully Submitted,

----------/s/----------------------
Jecarra T. Lane #1672688
French M. Robertson Unit
12071 FM 3522
Abilene,TX 79601

Jecarra T. Lane #1672688
12071 FM 3522
Abilene, TX 79601

ABILENE TX 795
02 JUL 2018 PM 2 L

JUL 06 2018
David J. Bradley, Clerk of Court

United States District Clerk's Office
P.O. Box 61010
Houston, TX 77208-1010

77208-1010

Legal Mail